ROBERTS v. ENGEL. (Supreme Court, Appellate Division, First Department. December 31, 1897.) Action by John B. Roberts against Williams Engel. No opinion. Motion denied, upon payment of $10 costs, to enable appellant to move in court below to open default.

ROSENFIELD, Respondent, v. ASHFIELD, Appellant. (Supreme Court, Appellate Division, Second Department. May 18, 1897.) Action by Max Rosenfield, an infant, by Lewis Rosenfield, his guardian ad litem, against Frederick J. Ashfield. No opinion. Judgment and order unanimously affirmed, with costs.

ROSENQUEST v. GALL. (Supreme Court, Appellate Division, First Department. December 10, 1897.) Action by J. Wesley Rosenquest against Charles F. Gall. No opinion. Extra allowance of $100 granted.

ROTH, Respondent, v. CITY OF ROCHESTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Lawrence Roth against the city of Rochester. No opinion. Judgment affirmed, with costs.

ROY, Respondent, v. CLINK, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by George A. Roy against Anna Clink. No opinion. Judgment affirmed, with costs.

RUSHFORTH, Respondent, v. ATLANTIC AVE. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 30, 1897.) Action by William Rushforth, an infant, by Robert Rushforth, his guardian ad litem, against the Atlantic Avenue Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

ST. ADELBERT'S SOC.* OF ST. ADELBERT'S CHURCH, Respondent, v. ST. ADELBERT'S ROMAN CATHOLIC CHURCH SOC. OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by St. Adelbert's Society of St. Adelbert's Church against St. Adelbert's Roman Catholic Church Society of Buffalo. No opinion Judgment and order affirmed, with costs.

SALISBURY v. SLADE et al. (Supreme Court, Appellate Division, Third Department. November 30, 1897.) Action by Edwin F. Salisbury against Benjamin J. Slade and others. No opinion. Motion granted for one bill of costs to guardians ad litem, to be divided between them. See 48 N. Y. Supp. 55.

SCHNEIDER, Respondent, v. WESTCHESTER ELECTRIC RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 11, 1897.) Action by John Schneider, against the Westchester Electric Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

SCHOHN, Respondent, v. UTENTHALER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Joseph Schohn against Alois Utenthaler, as treasurer of the Brewers' Union, No. 4, of Buffalo, Fred Maser, and others. No opinion. Interlocutory judgment affirmed, with costs, and leave granted to the defendants to withdraw their demurrer, and answer, upon payment of the costs of the demurrer and of this appeal. See Curran v. Galen, 152 N. Y. 33, 46 N. E. 297.

SCHOONMAKER, Respondent, v. ENNIS, Appellant. (City Court of New York, General Term, December 11, 1897.) Action by Carl V. Schoonmaker against Thomas A. Ennis and another. Foley & Wray, for appellants. C. L. Harwood, for respondent.

O'DWYER, J. Judgment and order appealed from affirmed, with costs. CONLAN, J., concurs.

SCHREYER, Respondent, v. NEW YORK EL. RY. CO. Appellant. (Supreme Court, Appellate Division, First Department. December 31, 1897.) Action by John Schreyer against the New York Elevated Railway Company. W. H. Godden, for appellant. E. A. Hibbard, for respondent. No opinion. Judgment affirmed, with costs.

SCHUMACKER, Appellant, v. VEEDER, Respondent. (Supreme Court, Appellate Division, Third Department. November 30, 1897.) Action by Jacob M. Schumacker against Jemima F. Veeder. No opinion. Judgment affirmed, with costs.

SELLECK, Respondent, v. WILLIAMS, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Wilber H. Selleck, as sheriff of Oswego county, against Ezra Williams. No opinion. Judgment of the county court reversed, with costs, and the judgment of the justice's court affirmed, with costs. Held, that it was competent for the defendant in this action to show that he purchased the property of Bates, and that Bates had a good title thereto, and the case does not fall within the rule laid down in Griffin v. Railroad Co., 101 N. Y. 348, 4 N. E. 740.

SELLERS, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 10, 1897.) Action by George W. Sellers against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs.

SELLERS, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 30, 1897.) Action by George W. Sellers against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to go to the court of appeals denied.